**Order entered November 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01361-CV

## STEPHEN GONZALEZ, ET AL, Appellants

## V.

## STEPHANIE GONZALEZ, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04009**

## ORDER

Before the Court is appellee's November 5, 2014 motion to dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellee argues the notice of appeal, filed October 14, 2014, was filed one day late. *See id.* 26.1(a). Appellee further argues that appellants can no longer request an extension of time because they did not file an extension motion within fifteen days of the deadline for filing the notice of appeal as required by Texas Rule of Appellate Procedure 26.3. *See id.* 26.3. A motion for extension of time, however, is implied when an appellant acting in good faith files a notice of appeal within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under rule 26.3. *See In re K.M.Z.*, 178 S.W.3d 432, 433 (Tex. App.-–Fort Worth 2005, no pet.) (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)). Accordingly, we **DENY** appellee's motion to dismiss. We

**ORDER** appellants to file, no later than December 1, 2014, an extension motion reasonably explaining why the notice of appeal was untimely filed. *See* TEX. R. APP. P. 10.5(b), 26.3. We caution appellants that failure to comply may result in dismissal of the appeal without further notice. *See id.* 25.1(b), 26.2, 42.3; *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.-–Houston [1st Dist.] 2007, no pet.).

/s/    CRAIG STODDART
JUSTICE